# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

LONESOME DEVELOPMENT, LLC

VERSUS

TOWN OF ABITA SPRINGS

NO.   2023 CW 0633

**JULY 7, 2023**

---

In Re:    The Town of Abita Springs, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 201914436.

---

**BEFORE:    THERIOT, WOLFE, AND GREENE, JJ.**

**STAY DENIED; WRIT DENIED.**

MRT
EW
HG

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT